**Commonwealth *v.* Beaufort, Appellant.**

Submitted June 14, 1971. *Michael Luber* and *John W. Packel*, Assistant Defenders, and *Vincent J. Ziccardi*, Defender, for appellant; *Deborah E. Glass* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.

HOFFMAN, J., concurs in the result for the reasons expressed in his concurring opinion in *Commonwealth v. Ford*, 220 Pa. Superior Ct. 240, 281 A. 2d 757 (1971).